MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for SHANEMA McQUEEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-10-97 JAM |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR TRANSPORTATION; |
| v. | ) | [MODIFIED ~~PROPOSED~~] ORDER |
| | ) | FOR TRANSPORTATION |
| | ) | |
| SHANEMA McQUEEN, | ) | 18 USC §4285 |
| Defendant. | ) | |
| ===============================) | | |

   Defendant SHANEMA McQUEEN, by and through her attorney, Michael D. Long, hereby requests the court to order the United States Marshal to pay for her transportation from her home in South Carolina to Sacramento, California.

   In case 10-97 JAM, defendant SHANEMA McQUEEN, flew from South Carolina to Sacramento to make her initial appearance before the magistrate on April 15, 2010.  She borrowed money from friends and relatives to come up with enough money to make the cross-country flight.  She was unable to borrow enough money to fly to Sacramento for our May 4, 2010, initial appearance in District Court.  The court authorized payment for a round-trip airline ticket for Ms. McQueen to attend our June 8, 2010, court appearance.  Ms. McQueen is still unable to afford to fly to Sacramento and back to her home in South Carolina for our sentencing hearing scheduled for October 25, 2011.

   Application is hereby made for an Order for Transportation and subsistence allowance for defendant SHANEMA McQUEEN to travel round-trip from her home in South Carolina, to

-1-

Sacramento, California for the purpose of meeting with undersigned counsel and attending the October 25, 2011, sentencing hearing. Counsel is requesting that Ms. McQueen fly to Sacramento on October 24, 2011. Counsel requests that she fly back to South Carolina on the evening of October 25, 2011, or on October 26, 2011, depending on available flights. Counsel further requests that the court authorize payment for a one-night stay at an approved hotel in Sacramento on the evening of October 24, 2011.

Dated: October 13, 2011          Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Ms. McQUEEN

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. CR-S-10-97 JAM
        Plaintiff,    )
                                        ) ~~(Proposed)~~ ORDER FOR TRANSPORTATION
    v.    ) AND SUBSISTENCE
                                        )
SHANEMA McQUEEN,    ) 18 USC §4285
        Defendant.    )
=================================)

IT IS HEREBY ORDERED that the United States Marshal pay for round-trip transportation for defendant SHANEMA McQUEEN from South Carolina, to Sacramento, California, and provide her with subsistence while in Sacramento, for the purpose of attending the October 25, 2011, sentencing hearing.

IT IS HEREBY FURTHER ORDERED that Ms. McQueen fly to Sacramento on October **24**, 2011.  Counsel requests that she fly back to South Carolina on October 25, 2011 or October 26, 2011, depending on available flights.

IT IS HEREBY FURTHER ORDERED that the court authorize payment of a hotel room for Ms. McQueen for the night of October 24, 2011.

Ms. McQueen is indigent and financially unable pay for travel to Sacramento, California and return to South Carolina.  This order is authorized pursuant to 18 U.S.C. §4285.

Dated:  October 14, 2011.       /s/ John A. Mendez
                                                                                      JOHN A. MENDEZ
                                                                                      United States District Court Judge