ELLIOTT N. KANTER (SBN 95054)
LAW OFFICES OF ELLIOTT N. KANTER
2445 Fifth Avenue, Suite 350
San Diego, CA 92101
TELEPHONE: (619) 231-1883
FACSIMILE: (619) 234-4553

Attorney for Defendant
JESSE DAVIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE DAVIS,<br><br>Defendant. | Case No. 2: 10-cr- 0097-JAM<br><br>**AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING HEARING** |

This matter is presently set for a judgment and sentencing hearing on November 1, 2011 at 9:30 a.m. Counsel for Mr. Davis is beginning a trial during the last week of October which may last approximately 2 (two) weeks. Counsel and the probation office do not object to continuing the sentence until January 3, 2012. Therefore, it is hereby stipulated by the parties that the date for judgment and sentencing be continued to January 3, 2012 at 9:30 a.m.


Dated: October 17, 2011         /s/ Jared Dolan, Assistant U.S.
                                Attorney for the Government


Dated: October 17, 2011         /s/ Elliott N. Kanter, Attorney for
                                Defendant JESSE DAVIS

---
STIPULATION AND ORDER RE SENTENCING          1

PDF created with pdfFactory trial version www.pdffactory.com

1 <u>ORDER</u>

2 GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby

3 ordered that the judgment and sentence hearing set for November 1, 2011 be continued to January

4 3, 2012 at 9:30 a.m.

5

6 DATED: 10/18/2011 /s/ John A. Mendez_____

7 UNITED STATES DISTRICT COURT JUDGE

_____
STIPULATION AND ORDER RE SENTENCING 2

PDF created with pdfFactory trial version www.pdffactory.com