```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 2:10-cr-97 JAM |
| Plaintiff, | Order Adopting Restitution Stipulation and Vacating Hearing |
| v. | |
| SHANEMA MCQUEEN and LAJAMAAL BRUMFIELD, | |
| Defendants. | |

## [Proposed] ORDER

This case is currently set for restitution hearing on January 10, 2012. The United States of America, Shanema McQueen, and LaJamaal Brumfield, by and through counsel, have submitted stipulations to the Court regarding the proper amount of restitution owed in this case. The parties have requested that the Court accept these stipulations and vacate the currently scheduled restitution hearing.

ACCORDINGLY, it is hereby ordered that the restitution hearing scheduled for January 10, 2012 is vacated. The Court accepts the

1

stipulation of the parties.  The Clerk shall enter an amended judgment for each defendant in accordance with that stipulation.

IT IS SO ORDERED.

Dated: 1/6/2012              /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             United States District Judge