```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KARAMOKO GOODMAN
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-cr-0097 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER EXTENDING |
| v. ) | TIME FOR SELF SURRENDER |
| ) | |
| KARAMOKO GOODMAN, et. al. ) | Judge: Hon. John A. Mendez |
| ) | (In Chambers) |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Karamoko Goodman, that the date for self-surrender of March 15, 2012, to the designated institution (FCI Sheridan, OR) be extended to April 26, 2012, in order to permit Mr. Goodman to complete or advance as nearly thereto as may be done, arrangements to obtain sole custody of his son so that he may arrange for family members other than the son's mother to care for him while Mr. Goodman is in custody.

The following information is provided in support of that request. The court is advised that Mr. Dolan previously was provided with the nature of Mr. Goodman's request, and the information set out below, and has agreed to join in this

stipulation.

Mr. Goodman was sentenced on January 17, 2012 to a term of 48 months. After exploring other avenues of providing care for his son, Mr. Goodman filed a petition in Los Angeles Superior Court on February 21, 2012, seeking a change in custody from joint custody with his son's mother to sole custody. A copy of that petition is available on request from defense counsel's file. At the time of filing he was advised by family court facilitators who assisted him that he could not ask for a court date until the 30 day time period for her to respond expired. The reason apparently was that the court did not want to schedule a court date until it was learned that the respondent did not agree to the proposed change in custody.

Mr. Goodman obtained sole physical custody in approximately 2003 after the mother essentially abandoned the son, by dropping him off for a weekend visit and telling Mr. Goodman that she would not continue to accept the son back into her physical custody. For that among other reasons, the mother is not a fit custodian and Mr. Goodman seeks to alter arrangements to prevent the situation arising that his son, who has both psychological and behavioral management issues from an unsuitable placement.

Defense counsel has consulted with a lawyer at the U.C. Davis Family Law Clinic who advised that a personal appearance at the first court hearing would likely be of substantial significance to obtaining the change in custody status he seeks. She advised that subsequent hearings, if needed, could proceed with Mr. Goodman making an appearance by telephone, if the institution at which he was housed permitted. An attorney at the Oregon Federal Public Defender's Office advised me that Sheridan had a consistent history

of accommodating audio appearances at such court appearances.

The court is advised in further support of this request that the additional time sought is consistent with the length of time allowed to codefendant Suzanne Perkins. Although the situations of these two defendants is different, given the valid purpose for which the extension is sought and diligent efforts of Mr. Goodman to make provision for his son, defense counsel requests that Mr. Goodman be allowed to remain out to advance his sought-after custody changes as far as he can between now and April, 26, 2012.

For these reasons and for any further reasons that may appear during the consideration of this request the court is requested to accept this stipulation and grant this request.

Respectfully submitted,

Dated: March 6, 2012        /S/ Jared Dolan
                            JARED DOLAN
                            Assistant U.S. Attorney
                            Counsel for Plaintiff


Dated: March 6, 2012
                             /S/ Jeffrey L. Staniels
                            JEFFREY STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            KARAMOKO GOODMAN

```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KARAMOKO GOODMAN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:10-cr-0097 JAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Judge: Hon. John A. Mendez |
| KARAMOKO GOODMAN, et. al. | ) | (In Chambers) |
| | ) | |
| Defendants. | ) | |

The attached stipulation of counsel is accepted. The date for Defendant KARAMOKO GOODMAN to self-surrender to the institution designated by the Bureau of Prisons to serve the sentence imposed in the above case is hereby extended from March 15, 2012, until April 26, 2012, not later than 2:00 p.m.

**IT IS SO ORDERED.**

By the Court,

Dated: March 8, 2012         /s/ John A. Mendez
                             Hon. John A. Mendez
                             United States District Judge