UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>KARAMOKO GOODMAN,<br><br>Movant. | No. 2:10-cr-0097 JAM DAD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Movant, a federal prisoner proceeding pro se with a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255, has filed a new motion that states, in full: "Upon further reflection of the issues and considering that some of the arguments in this case are now moot, and in the interest of my time and resources and that of the Court, Petitioner hereby rescinds the Pleadings in this Case and hereby moves Court to vacate the same." (Doc. No. 187.) The court construes this new motion as one for voluntary dismissal of the pending §2255 motion and will recommend that movant's challenge under § 2255 be dismissed pursuant to Fed.R.C iv.P. 41(a).[1]

/////

/////

---

[1] The Federal Rules of Civil Procedure are applicable to a proceeding under § 2255 to the extent they are not inconsistent with any statutory provisions or the rules governing actions under § 2255. See Rule 12 of the Rule Governing Section 2255 Proceedings.

1

1     Accordingly, IT IS RECOMMENDED that the motion to vacate, set aside or correct sentence (Doc. No. 159) be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 21, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
good0097.257